BB:as

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6304**

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

**CR-FERGUSON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE JUDGE |
| ) | **SNOW** |
| v. ) | |
| ) | |
| CRAIG NEAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 16, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**CRAIG NEAL,**

did knowingly and intentionally distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Defendant **CRAIG NEAL** committed the above offense after two or more prior convictions

for felony drug offenses had become final.

## COUNT II

On or about June 23, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

### CRAIG NEAL,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of fifty (50) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Defendant **CRAIG NEAL** committed the above offense after two or more prior convictions for felony drug offenses had become final.

A TRUE BILL

*Leonard Roth*

FOREPERSON

*Alun O'Connor for*
GUY A. LEWIS
UNITED STATES ATTORNEY

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**      CASE NO. _____

v.

**CRAIG NEAL**

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**
New Defendant(s)      Yes ___   No ___
Number of New Defendants   ___
Total number of counts     ___

**Court Division:** (Select One)

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                       (Check only one)

   I    0 to 5 days     _X_         Petty        ___
   II   6 to 10 days    ___         Minor        ___
   III  11 to 20 days   ___         Misdem.      ___
   IV   21 to 60 days   ___         Felony       _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____No_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: CRAIG NEAL                    No.: _____

Count # 1:

Distribution of cocaine base; in violation of 21 U.S.C. § 841 (a)(1) and 18 U.S.C. § 2.

*Max Penalty: 30 years' imprisonment; $2,000,000 Fine

Count 2# :

Possession with intent to distribute cocaine base; in violation of 21 U.S.C. § 841 (a)(1) and 18 U.S.C. § 2.

*Max Penalty: Mandatory Life Imprisonment ; $8,000,000 Fine

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.