SPECIAL AGENT SCOTT AMBROSE 489-1831
AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; DETECTIVE NATE OSGOOD (954) 938-2909

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

CRAIG NEAL

**WARRANT FOR ARREST**

CASE NUMBER: **00-6304**

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CRAIG NEAL _____
Name    **MAGISTRATE JUDGE SNOW**

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with intent to distribute and distribution of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

_signature_
Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention _Requested_

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

October 12, 2000, Fort Lauderdale, Florida
Date and Location

_signature_
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |