COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Craig Neal (J)#    CASE NO: 00-6304-CR-Ferguson
AUSA: Bruce Brown / Robin Rosenbaum    ATTNY:
AGENT:    VIOL: 21:841
PROCEEDING: Initial Appearance    BOND REC: PTD
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Δ - advised of charges.
Δ - will hire atty.
Steve Melnick

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-26-00 | 11:00am | BSS |
| PTD/BOND HEARING: XX | 10-30-00 | 9:30 a | BSS |
| PRELIM/ARRAIGN. OR REMOVAL X | 10-30-00 | 9:30 a | BSS |
| STATUS CONFERENCE: | | | |

DATE: 10-23-00    TIME: 11:00am    TAPE # 00-077    PG #
2398