UNITED STATES DISTRICT COURT RECEIVED & FILED IN OPEN COURT,

SOUTHERN DISTRICT OF FLORIDA    ON    10-23 00    AT

Cl...

U...    Court

Southern District of Florida

UNITED STATES OF AMERICA

vs    CASE NO. 00-6304-Cr-
Ferguson

_Craig Neal_,

O R D E R

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this _23_ day of _October_, 20_00_.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE