UNITED STATES DISTRICT COURT
Southern District of Florida

FILED OCT 24 2000 D.C.

U.S. Marshal # 55513-004

UNITED STATES OF AMERICA )
                Plaintiff )  Case Number: CR 00-6304-CR WDF
                          )  REPORT COMMENCING CRIMINAL
       -vs-               )         ACTION
                          )
CRAIG ANTHONY NEAL        )
                Defendant

*************************************************************

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10-20-00 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1-9-73

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: FBI _____ (11) Phone: _____

(12) Comments: _____