AO 442 (Rev. 12/85) Warrant for Arrest    AUSA BRUCE O. BROWN; DETECTIVE NATE OSGOOD (954) 938-2909

SPECIAL AGENT SCOTT AMBROSE 489-1831

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA    514341

UNITED STATES OF AMERICA

V.

CRAIG NEAL

## WARRANT FOR ARREST

CASE NUMBER: **00-6304**

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ CRAIG NEAL _____
                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession with intent to distribute and distribution of cocaine base,

in violation of Title 21 United States Code, Section(s) 841(a)(1)

CLARENCE MADDOX                                    COURT ADMINISTRATOR\CLERK OF THE COURT
Name of Issuing Officer                             Title of Issuing Officer

_signature_                                         October 12, 2000, Fort Lauderdale, Florida
Signature of Issuing Officer                        Date and Location

Bail fixed at $ Pre-Trial Detention Requested    by Lurana S. Snow, United States Magistrate Judge
                                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL. |

| DATE RECEIVED 10/12/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/23/00 | | Edward Purchase, SDUSM |