**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | |
|---|---|
| DEFT: CRAIG NEAL (J) | CASE NO: 00-6304-CR-FERGUSON |
| AUSA: BRUCE BROWN / Rosenbaum | ATTY: Tim Day |
| AGENT: | VIOL: |
| PROCEEDING: INQUIRY RE COUNSEL | RECOMMENDED BOND: |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: FPD |
| BOND SET @: | To be cosigned by: |

FILED by D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: _____
- ❑ Travel extended to: _____
- ❑ Halfway House _____

Deft unable to retain counsel.
sworn for apptmt of counsel

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 10/30 | 9 30 | BSS | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 10/26/00    TIME: 11:00    FTL/LSS TAPE # 00 - 083    Begin: 151    End: 277

10