UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6304-CR-FERGUSON

UNITED STATES OF AMERICA

O R D E R

vs

CRAIG NEAL

_X_/ Appointing Counsel
___/ Ratifying Prior Service
___/ Extending Appointment
     for Appeal
___/ Substituting Counsel

_____
(prior counsel)

CHARGE: __21:841(a)(1)_____
__/Felony         ___/Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
101 N. E. 3rd Avenue, Suite 202
Ft. Lauderdale, FL 33301
Phone: 954/356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this _26TH_ day of __OCTOBER__, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services