UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6304-CR-Ferguson

UNITED STATES OF AMERICA

vs

Craig Neal

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 11-1-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: In Custody

                     Telephone:

DEFENSE COUNSEL:     Name: FPD

                     Address:

                     Telephone:

BOND SET/CONTINUED:  $ PTD Ordered this date

Bond hearing held: yes  X   no____   Bond hearing set for _____

Dated this ___1___ day of November, 20 00.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. 00-088

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services