DEFT: Craig Neal (J)#  CASE NO: 00-6304-CR-Ferguson
AUSA: Bruce Brown *present*  ATTNY: FPD / Bob Berube
AGENT:  VIOL:
PROCEEDING: PTD/Arraignment  BOND REC: ○ S.C.
BOND HEARING HELD - (yes)/no  COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Govt proceeds by proffer
Danger to community

Reading of indictment waived ✓
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Agent sworn - Brian Philbrick

PTD Ordered

NEXT COURT APPEARANCE: DATE: TIME: JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE: 11-1-00  11-17-00  11:00am  SNOW
DATE: 10-30-00  TIME: 10:00am  TAPE # 00-088  PG # 1
ends 11:20am  635-1336  17