HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __CRAIG NEAL_____ CASE NO: __00-6304-CR-FERGUSON__
AUSA __BRUCE BROWN__ /Powell  ATTY __FPD__ Smargon
for Berube      00-6059
No pending motion                @ 2011
Disc out
possibly a plea

DEFT __MACKIE SHIVERS_____ CASE NO: __99-6116-CR-DIMITROULEAS__
AUSA __SCOTT BEHNKE__ /Powell  ATTY __MICHAEL ZELMAN__
Disc out - no pending motions
                            @ 2044

DEFT __JERMAINE WILLIAMS, etal_____ CASE NO: __00-6313-CR-ROETTGER__
AUSA __TOM LANIGAN_____ ATTY __FPD__ -Wilcox
BARRY WAX, ESQ. for Lowen Espineuva  m/due 12/18
    Wilcox stood in.                          @ 2114
Disc out - 1 motion pending - m/to continue to be filed

DEFT __OSWALDO RENFRUM, etal_____ CASE NO: __00-6318-CR-DIMITROULEAS__
AUSA __JEFFREY KAY__ pres     ATTY __FPD__ Smargon
HOWARD GREITZER, ESQ. for Eugen Mierak
                                        @ 2207
WILLIAM NORRIS, ESQ. for Orlando Jansen

DEFT Motions due 12/1   CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __11-17-00_____ TIME __11:00_____