UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6304-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

CRAIG NEAL,                     :

    Defendant.              :
_____

FILED by ___ D.C.
NOV 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**STATUS REPORT**

A status conference was held in this cause on November 17, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _17th_ day of November, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bruce Brown (FTL)
AFPD Robert Berube (FTL)