UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6304-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG NEAL,

    Defendant.

_____/

FILED by ___ D.C.
NOV 27 2000
CLARENCE MADDOX
CLERK, DIST. CT.
S.D. OF FLA. FT. LAUD.

## AMENDED ORDER

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Bond Pending Sentencing and Request for Referral to Magistrate Judge for Hearing and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's Unopposed Motion for Bond Pending Sentencing and Request for Referral to Magistrate Judge for Hearing is hereby GRANTED. The motion shall be referred to Magistrate Judge Barry S. Seltzer.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27th day of November, 2000.

WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc:    Robert Berube, AFPD
       Bruce Brown, AUSA