FILED by _JV_
FEB 28 2001

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6304-CR-WDF

DEFENDANT Craig Neal    JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER    DATE February 2, 2001

Court Reporter Paul Haferling    USPO Tracey Welch

AUSA Bruce Brown    Deft's Counsel Robert Loublet Jr.

COUNTS DISMISSED All Others

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to Appeal

**JUDGMENT AND SENTENCE**

Imprisonment    Years ___    Months 140    Counts 2

Supervised Release 5 yrs (See J&C for details)

Probation    Years ___    Months ___    Counts ___

Comments _____

Assessment $ 100.00    Fine $ 7000

Restitution /Other _____

**CUSTODY**

___ Remanded to the Custody of the U. S. Marshal Service    ___ Release on bond pending appeal

✓ Voluntary Surrender to (designated institution or U. S. Marshal Service) on 5/14/00 9:00 am

Commitment Recommendation: _____ Rule 35

32