UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6304-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA    )
                            )
v.                          )
                            )
CRAIG NEAL                  )
_____)



MOTION FOR SENTENCE REDUCTION PURSUANT TO
F.R.CRIM.P. 35(b)/REQUEST FOR HEARING

The United States of America, by and through its undersigned Assistant United States Attorney, hereby moves pursuant to Criminal Procedure Rule 35(b) that the Court reduce defendant Craig Neal's sentence for Substantial Assistance, and as grounds states as follows:

1. The defendant's sentence commenced May 4, 2001, for a term of 140 months' imprisonment for one count of possession with intent to distribute more than 50 grams of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

2. The defendant has substantially assisted in the investigation and prosecution of another person, in accordance with the guidelines and policy statements issued by the Sentencing Commission. Specifically, the defendant provided information which led to the arrest, conviction and sentencing of James Dixon and



Junas James Reed for possession with intent to distribute 5 or more kilograms of cocaine and possession of firearm by convicted felon.

3.  Defense counsel agrees that this motion should be granted.

Therefore, the United States moves for a hearing on its motion, or in the alternative, moves that the Court request submissions of the parties to inform the court of the defendant's substantial assistance.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        BRUCE O. BROWN (FBN: 999490)
        ASSISTANT UNITED STATES ATTORNEY
        99 NE 4th Street, Ste 600
        Miami, Florida 33132
        Telephone: (305) 961-9021
        Facsimile: (305) 530-7976

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this May 2, 2002, to Robert Berube, Assistant Federal Public Defender, 1 East Broward Boulevard, Ste 1100, Fort Lauderdale, FL, 33301.

_____
for BRUCE O. BROWN
ASSISTANT U.S. ATTORNEY