UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
MAY 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 00-6304-CR-FERGUSON |
| Plaintiff(s) | |
| vs. | |
| CRAIG NEAL (J) | |
| Defendant(s). | |
| _____/ | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above-styled Cause has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on July 10, 2002 at 9:00 A.M.** Thirty (30) minutes have been reserved for this matter.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of May, 2002.

_____
KAREN GARDNER
DEPUTY CLERK

copies provided:

Bruce Brown, AUSA
Robert Berube, AFPD