FILED by _____ D.C.

JUL 11 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff(s)

vs.

CRAIG NEAL (J)

Defendant(s).
_____/

Case No. 00-6304-CR-FERGUSON

### RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** on the above-styled cause that has been set for a **RULE 35** hearing before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on August 15, 2002 at 10:30 A.M.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this ___ day of July, 2002.

KAREN GARDNER
DEPUTY CLERK

copies provided:

Bruce Brown, AUSA
Robert Berube, AFPD