UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6304-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CRAIG NEAL,

    Defendant.

_____/

**MOTION TO SEAL SENTENCING REDUCTION HEARING**

COMES NOW, the Defendant, Craig Neal, and hereby moves this Honorable Court to seal the Defendant's Sentencing Reduction Hearing held on August 15, 2002 due to the sensitive nature of the testimony presented during the same.

        Respectfully submitted,

        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

    By: _____
        Robert N. Berube
         Supervisory Assistant
        Federal Public Defender
        Florida Bar No. 304247
        Attorney for Defendant
        One East Broward Boulevard, Suite 1100
        Fort Lauderdale, Florida 33301
        (954) 356-7436 / (Fax) 356-7556



## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 16 day of August, 2002, to Donald Chase, Assistant United States Attorney, at 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Robert N. Berube