USDC FLSD 245B (Rev. 3/01) - Judgment in a Criminal Case    Page 2 of 6

DEFENDANT: CRAIG NEAL
CASE NUMBER: 00-6304-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Thirty five (35) months as to count two of the indictment, with credit for time served.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

FILED BY ___JC___ D.C.
2002 OCT -2 AM 11:53
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on __09-16-02__ to __FCI YAZOO__
at __YAZOO CITY, MS__, with a certified copy of this judgment.

__Khurshid Z. Yusuff__, Warden
~~UNITED STATES MARSHAL~~

By: __Dolores W. Randle, LIE__
~~Deputy U.S. Marshal~~