DEFENDANT: CRAIG NEAL
CASE NUMBER: 00-6304-CR-FERGUSON

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Thirty five (35) months as to count two of the indictment, with credit for time served.**

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __09-16-02__ to __FCI YAZOO__

at __YAZOO CITY, MS__, with a certified copy of this judgment.

M. Pettiford, Warden
UNITED STATES MARSHAL

By: _Alceres W. Randell, LIE_
Deputy U.S. Marshal